# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
PATTERSON 3RD, JOHN L.                    §        Case No. 09-46667
PATTERSON, DOROTA                         §
                                          §
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                    . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/Frances Gecker _____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance<br>2170 Point Blvd., Suite 100<br>Elgin, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris, NA Attn: Bankruptcy Dept. 3800 W. Golf Rd., Suite 300 Rolling Meadows, IL 60008 | | | | | |
| | Harris, NA Attn: Bankruptcy Dept. Rolling Meadows, IL 60008 | | | | | |
| | JPMorgan Chase Bank, NA f/k/a Washington Mutual PO Box 1093 Northridge, CA 91328 | | | | | |
| 000001 | COOK COUNTY TREASURER'S OFFICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197-4468 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Business Systems PO Box 844 Spring House, PA 19477 | | | | | |
| | Americollect, Inc. 1851 S. Alverno Rd. Manitowoc, WI 54220 | | | | | |
| | Belmont Lofts Condo. Assoc. c/o Phoenix Rising Management Group 946 W. Randolph, No. 200 Chicago, IL 60607 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Bank P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Bank PO Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | City of Pompano Beach PO Box 908 Pompano Beach, FL 33061 | | | | | |
| | Countrywide Bank, NA c/o CT Corporation Systems 208 S. LaSalle St., Suite 814 Chicago, IL 60604 | | | | | |
| | Dependent Collection Service PO Box 4833 Oakbrook, IL 60522 | | | | | |
| | Discover Financial Services PO Box 15316 Wilmington, DE 19850 | | | | | |
| | Dish Network PO Box 105169 Atlanta, GA 30348-5169 | | | | | |
| | EMC Mortgage Corporation PO Box 293150 Lewisville, TX 75029-3150 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-----------|----------|--------------------|---------------------------------|----------------------------------------|----------------|-------------|
| | EMC Mortgage Corporation PO Box 293150 Lewisville, TX 75029-3150 | | | | | |
| | FIA Card Services, NA c/o Freedman Anselmo Lindberg Rappe PO Box 3228 Naperville, IL 60566-7288 | | | | | |
| | Federated Financial Corp. 30955 Northwestern Hwy. Farmington, MI 48334 | | | | | |
| | First Equity Card P.O. Box 23029 Columbus, GA 31902-3029 | | | | | |
| | Florida Power & Light Company PO Box 025576 Miami, FL 33102 | | | | | |
| | HSBC Card Services PO Box 17051 Baltimore, MD 21297-1051 | | | | | |
| | Midland Funding, LLC c/o SIMM Associates, Inc. PO Box 7526 Newark, DE 19714-7526 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City Bank n/k/a PNC 1900 East Ninth Street Cleveland, OH 44114-3484 | | | | | |
| | National City Bank n/k/a PNC 1900 East Ninth Street Cleveland, OH 44114-3484 | | | | | |
| | Online Collections 2002 W. Fire Tower Rd. Winterville, NC 28590 | | | | | |
| | Partytime Productions, Inc. 2300 Windsor Court, Suite D Addison, IL 60101-1491 | | | | | |
| | Real Time Resolutions 1750 Regal Row Dallas, TX 75235 | | | | | |
| | Savely Barkan c/o Cohen Kenneth 8074 N. Milwaukee Ave. Niles, IL 60714 | | | | | |
| | Unifund 10625 Techwoods Circle Cincinnati, OH 45242 | | | | | |
| | WaMu PO Box 660433 Dallas, TX 75266-0433 | | | | | |
| | Washington Mutual PO Box 4180 Beaverton, OR 97076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | ASSET ACCEPTANCE, LLC ASSIGNEE AMER | | | | | |
| 000014 | BROWN BARK III, LP | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000011 | FEDERATED FINANCIAL CORP OF AMERICA | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000007 | FLORIDA POWER LIGHT COMPANY | | | | | |
| 000006 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | REAL TIME RESOLUTIONS, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-46667 | JBS | Judge: Jack B. Schmetterer |
| Case Name: | PATTERSON 3RD, JOHN L. |
| | PATTERSON, DOROTA |
| For Period Ending: | 04/09/12 |

| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 12/10/09 (f) |
| 341(a) Meeting Date: | 01/19/10 |
| Claims Bar Date: | 11/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDO @ LOCATION: 2026 WEST PIERCE, NO. 8, CHICAGO<br>   Debtor Claimed Exemption | 409,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH<br>   Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT @ CHASE BANK LOCATION: 2026 WEST<br>   Debtor Claimed Exemption | 550.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT @ HARRIS BANK, NA LOCATION: 2026<br>   Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 5. LIVING ROOM FURNITURE - COUCH, CHAIR, END TABLES,<br>   Debtor Claimed Exemption | 1,400.00 | 0.00 | | 0.00 | FA |
| 6. PERSONAL READING BOOKS; HUSBAND'S SCHOOL BOOKS, FA<br>   Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL FOR HUSBAND, WIFE, AND CHILDREN | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. WEDDING RINGS AND COSTUME JEWELRY LOCATION: 2026 W<br>   Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. TERM LIFE INSURANCE ON WIFE - $500,000 THROUGH SAF | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. WHOLE LIFE INSURANCE POLICY ON WIFE IN AMOUNT OF $ | 4,700.00 | 1,800.00 | DA | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 09-46667   JBS   Judge: Jack B. Schmetterer | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | PATTERSON 3RD, JOHN L. | Date Filed (f) or Converted (c): | 12/10/09 (f) |
| | PATTERSON, DOROTA | 341(a) Meeting Date: | 01/19/10 |
| | | Claims Bar Date: | 11/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. TERM LIFE INSURANCE ON HUSBAND THROUGH HUSBAND'S E | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. HUSBAND'S 401(K) PLAN THROUGH HIS EMPLOYER TD EQUI    Debtor Claimed Exemption | 47,688.00 | 0.00 | | 0.00 | FA |
| 13. 2008 HONDA ACCORD - 34K MILES LOCATION: 2026 WEST    Debtor Claimed Exemption | 18,500.00 | 0.00 | | 0.00 | FA |
| 14. DELL LAPTOP COMPUTER AND PRINTER LOCATION: 2026 WE    Debtor Claimed Exemption | 350.00 | 0.00 | | 0.00 | FA |
| 15. CLAIM FOR NEGLIGENT MISREPRESENTATION ARISING FROM    Remainder ordered abandoned on 9/16/10. | 120,000.00 | 120,000.00 | OA | 15,000.00 | FA |
| 16. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 3.21 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $604,588.00 | $121,800.00 | | $15,003.21 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-46667    JBS    Judge: Jack B. Schmetterer | |

Trustee Name:                Frances Gecker

Case Name:    PATTERSON 3RD, JOHN L.

PATTERSON, DOROTA

Date Filed (f) or Converted (c):  12/10/09 (f)

341(a) Meeting Date:            01/19/10

Claims Bar Date:              11/29/10

Initial Projected Date of Final Report (TFR): 04/01/11        Current Projected Date of Final Report (TFR): 12/15/11

/s/    Frances Gecker

_____  Date: 04/09/12

FRANCES GECKER

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-46667 -JBS |
| Case Name: | PATTERSON 3RD, JOHN L. |
| | PATTERSON, DOROTA |
| Taxpayer ID No: | *******4072 |
| For Period Ending: | 04/09/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5780  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/26/10 | 15 | First American Title Insurance Company<br>8311 W. Sunset Road, Suite 150<br>Las Vegas, NV  89113 | Settlement of P.I. Claim | 1149-000 | 15,000.00 | | 15,000.00 |
| 08/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.02 | | 15,000.02 |
| 09/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,000.39 |
| 10/29/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,000.77 |
| 11/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,001.14 |
| 12/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,001.52 |
| 01/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,001.90 |
| 02/08/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 17.08 | 14,984.82 |
| 02/28/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 14,984.93 |
| 03/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 14,985.06 |
| 04/29/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,985.18 |
| | | | Page Subtotals | | 15,002.26 | 17.08 | |

Ver: 16.06

FORM 2   Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-46667 -JBS |
| Case Name: | PATTERSON 3RD, JOHN L. |
| | PATTERSON, DOROTA |
| Taxpayer ID No: | *******4072 |
| For Period Ending: | 04/09/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5780  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 14,985.31 |
| 06/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,985.43 |
| 07/29/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,985.55 |
| 08/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 14,985.69 |
| 09/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,985.81 |
| 10/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 14,985.94 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 19.09 | 14,966.85 |
| 11/18/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | 1st Fee App - Order dated 11/17/11<br><br><br>Fees           4,867.50<br>Expenses          24.03 | <br><br><br>3110-000<br>3120-000 | | 4,891.53 | 10,075.32 |
| 11/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 10,075.43 |
| 12/29/11 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,075.51 |
| 12/29/11 | | Transfer to Acct #*******2384 | Bank Funds Transfer | 9999-000 | | 10,075.51 | 0.00 |

Page Subtotals                0.95              14,986.13

Ver: 16.06

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-46667  -JBS |
| Case Name: | PATTERSON 3RD, JOHN L. |
| | PATTERSON, DOROTA |
| Taxpayer ID No: | *******4072 |
| For Period Ending: | 04/09/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5780  MONEY MARKET |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,003.21 | 15,003.21 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 10,075.51 | |
| | | | Subtotal | | 15,003.21 | 4,927.70 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,003.21 | 4,927.70 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.06

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-46667  -JBS | | Trustee Name: | Frances Gecker |
| Case Name: | PATTERSON 3RD, JOHN L. | | Bank Name: | Congressional Bank |
| | PATTERSON, DOROTA | | Account Number / CD #: | *******2384  GENERAL CHECKING |
| Taxpayer ID No: | *******4072 | | | |
| For Period Ending: | 04/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5780 | Bank Funds Transfer | 9999-000 | 10,075.51 | | 10,075.51 |
| 02/24/12 | 001000 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.30 | 7,825.21 |
| 02/24/12 | 001001 | FRANK/GECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | | | 1,363.68 | 6,461.53 |
| | | | Fees            1,350.00 | 3110-000 | | | |
| | | | Expenses          13.68 | 3120-000 | | | |
| 02/24/12 | 001002 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 2.71% | 7100-000 | | 297.19 | 6,164.34 |
| 02/24/12 | 001003 | Asset Acceptance, LLC assignee AMERICAN EXPRESS PO Box 2036 Warren, MI 48090 | Claim 000003, Payment 2.71% | 7100-000 | | 854.75 | 5,309.59 |
| 02/24/12 | 001004 | Real Time Resolutions, Inc. 1750 Regal Row Dr. Ste 120 P.O. Box 36655 | Claim 000004, Payment 2.71% | 7100-000 | | 1,193.57 | 4,116.02 |

| | Page Subtotals | 10,075.51 | 5,959.49 |
|---|---|---|---|

Ver: 16.06

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-46667 -JBS | Trustee Name: | Frances Gecker |
| Case Name: | PATTERSON 3RD, JOHN L. | Bank Name: | Congressional Bank |
| | PATTERSON, DOROTA | Account Number / CD #: | *******2384  GENERAL CHECKING |
| Taxpayer ID No: | *******4072 | | |
| For Period Ending: | 04/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75235 | | | | | |
| 02/24/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 2.71% | 7100-000 | | 119.86 | 3,996.16 |
| 02/24/12 | 001006 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000006, Payment 2.70% | 7100-000 | | 16.73 | 3,979.43 |
| 02/24/12 | 001007 | Florida Power Light Company<br>Bankruptcy Department<br>9520 W Flagler St<br>Miami, FL 33174 | Claim 000007, Payment 2.71% | 7100-000 | | 20.31 | 3,959.12 |
| 02/24/12 | 001008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 2.71% | 7100-000 | | 200.60 | 3,758.52 |
| 02/24/12 | 001009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 2.71% | 7100-000 | | 532.83 | 3,225.69 |
| 02/24/12 | 001010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 2.71% | 7100-000 | | 221.90 | 3,003.79 |

| | | | Page Subtotals | | 0.00 | 1,112.23 | |

Ver: 16.06

FORM 2    Page:    6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-46667  -JBS | Trustee Name: | Frances Gecker |
| Case Name: | PATTERSON 3RD, JOHN L. | Bank Name: | Congressional Bank |
| | PATTERSON, DOROTA | Account Number / CD #: | *******2384  GENERAL CHECKING |
| Taxpayer ID No: | *******4072 | | |
| For Period Ending: | 04/09/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/24/12 | 001011 | Federated Financial Corp of America<br>30955 Northwestern Highway<br>Farmington Hills, MI 48334-2580 | Claim 000011, Payment 2.71% | 7100-000 | | 1,728.17 | 1,275.62 |
| 02/24/12 | 001012 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000012, Payment 2.71% | 7100-000 | | 384.16 | 891.46 |
| 02/24/12 | 001013 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000013, Payment 2.71% | 7100-000 | | 359.52 | 531.94 |
| 02/24/12 | 001014 | Brown Bark III, LP<br>c/o Smith Weik, LLC<br>10 South LaSalle St., Suite 3702<br>Chicago, IL 60603 | Claim 000014, Payment 2.71% | 7100-000 | | 531.94 | 0.00 |

| | Page Subtotals | 0.00 | 3,003.79 |

Ver: 16.06

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| | |
|---|---|
| Case No: | 09-46667 -JBS |
| Case Name: | PATTERSON 3RD, JOHN L. |
| | PATTERSON, DOROTA |
| Taxpayer ID No: | *******4072 |
| For Period Ending: | 04/09/12 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2384  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,075.51 | 10,075.51 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 10,075.51 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,075.51 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 10,075.51 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******5780 | 15,003.21 | 4,927.70 | 0.00 |
| GENERAL CHECKING - *******2384 | 0.00 | 10,075.51 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 15,003.21 | 15,003.21 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

/s/    Frances Gecker

Trustee's Signature: _____    Date: 04/09/12
                         FRANCES GECKER

Page Subtotals                0.00              0.00

Ver: 16.06

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*